JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>           Plaintiffs,<br><br>    vs.<br><br>GAUDENTI & SONS CORPORATION, a California corporation,<br><br>           Defendant. | CASE NO.: CV 09-06167 GAF (CTx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE:       December 7, 2009<br>TIME:        9:30 a.m.<br>COURTROOM: 740 |

Plaintiffs' motion for default judgment came on regularly for hearing on December 7, 2009, in the above-referenced Court, the Honorable Gary A. Feess, United States District Judge, presiding. Appearances were stated on the record.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

///

248328.1

1       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Gaudenti & Sons Corporation, a California corporation, the principal amount of $265.87 (consisting of unpaid fringe benefit contributions related to unpaid contributions for work performed by covered employees during the month of July 2009 in the amount of $15.26 and prejudgment interest related to unpaid contributions for work performed by covered employees during the period of April 2009 through July 2009 in the amount of $250.61), attorney's fees of $4,290.00 and costs of $527.44, **for a total of $5,083.31**, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: December 4, 2009

                                         UNITED STATES DISTRICT JUDGE

248328.1